UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Denise Lashone Frasier, ) | Civil Action No. 5:12-3295-MGL-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Carolyn W. Colvin,[1] Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On November 16, 2012, Plaintiff, appearing through counsel, filed this action appealing her denial of social security benefits. Defendant filed an answer and copy of the administrative record on May 29, 2013. ECF Nos. 14, 15. Plaintiff's brief in support of her appeal was due by July 1, 2013. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 14. On July 1, 2013, Plaintiff sought and received an extension, making her brief due August 1, 2013. ECF Nos. 17, 18. To date, Plaintiff has not filed her brief, nor has counsel communicated with the court regarding the August 1, 2013 deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **August 23, 2013**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

August 9, 2013                                                         Kaymani D. West
Florence, South Carolina                                       United States Magistrate Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the court substitutes Carolyn W. Colvin for Michael J. Astrue as Defendant in this action.